NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN-DEPTH GEOPHYSICAL, INC., IN-DEPTH COMPRESSIVE SEISMIC, INC.,**
*Appellants*

**v.**

**CONOCOPHILLIPS COMPANY,**
*Cross-Appellant*

---

2021-1013, 2021-1063

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00850.

---

**JUDGMENT**

---

WILLIAM POWELL JENSEN, Crain Caton & James, Houston, TX, argued for appellants.  Also represented by JAMES ELMORE HUDSON, III.

WILLIAM R. PETERSON, Morgan, Lewis & Bockius LLP, Houston, TX, argued for cross-appellant.  Also represented by ARCHIS VASANT OZARKAR; DION MICHAEL BREGMAN, THOMAS Y. NOLAN, ALEXANDER STEIN, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 8, 2021 | /s/ Peter R. Marksteiner
Date | Peter R. Marksteiner
 | Clerk of Court